# EXHIBIT B

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:
Gail Mikell
138 Hutchinson Blvd.
Mt. Vernon, NY 10552

| | |
|---|---|
| Invoice # | 20120 |
| Invoice Date | 04/29/2016 |
| For Services Through | 04/29/2016 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | | **Loss Mitigation in Bk (Service)** | | |
| 07/09/2015 | CO | Loss Mitigation<br>prepared, served and filed loss mitigation request | 0.40 at $ 90.00/hr | $ 36.00 |
| 07/09/2015 | HBB | Loss Mitigation<br>Reviewed loss mit request | 0.10 at $ 375.00/hr | $ 37.50 |
| 08/25/2015 | CN | Other<br>Review and submit loss mitigation order | 0.20 at $ 275.00/hr | $ 55.00 |
| 10/09/2015 | CO | Loss Mitigation<br>Review of Creditor Loss Mitigation Affidavit; requested paystubs, bank statements, and signed tax returns from Debtor | 0.40 at $ 90.00/hr | $ 36.00 |
| 11/09/2015 | CO | Loss Mitigation<br>preparation of Loss Mitigation application; HBB to review | 1.00 at $ 90.00/hr | $ 90.00 |
| 11/10/2015 | HBB | Loss Mitigation<br>Review of Loan modification application, changes and corrections | 0.60 at $ 375.00/hr | $ 225.00 |
| 11/13/2015 | CO | Loss Mitigation<br>received additional pay stubs from Gail; forwarded to Bank | 0.20 at $ 90.00/hr | $ 18.00 |
| 11/18/2015 | HBB | Loss Mitigation<br>appearance at loss mitigation hearing | 1.00 at $ 375.00/hr | $ 375.00 |
| 12/09/2015 | CO | Loss Mitigation<br>received and reviewed trial loan mod from bank; HBB to review; forwarded to Debtor | 0.35 at $ 90.00/hr | $ 31.50 |
| 12/09/2015 | HBB | Loss Mitigation<br>reviewed Trial Payment Plan; analyzed previous terms as indicated in proof of claim | 0.40 at $ 375.00/hr | $ 150.00 |
| 12/09/2015 | CO | Loss Mitigation<br>Phone call with Debtor regarding $8500 "good faith down payment" indicated on TPP | 0.40 at $ 90.00/hr | $ 36.00 |
| 12/11/2015 | CO | Loss Mitigation<br>Email to Attorneys regarding paying the $8500 good faith down payment in installments | 0.20 at $ 90.00/hr | $ 18.00 |
| 12/11/2015 | HBB | Loss Mitigation<br>review of email to attorney re: good faith down payment (prepared by CO); suggested changes | 0.15 at $ 375.00/hr | $ 56.25 |
| 12/24/2015 | CO | Loss Mitigation<br>email from Gail with updated mod offer she received in the mail (no down payment required); reviewed offer; HBB to review | 0.39 at $ 90.00/hr | $ 35.10 |
| 12/24/2015 | HBB | Loss Mitigation<br>review of updated mod offer- looks good; no down payment; Client to accept | 0.70 at $ 375.00/hr | $ 262.50 |

Page 1

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:
Gail Mikell
138 Hutchinson Blvd.
Mt. Vernon, NY 10552

| Invoice # | 20120 |
|---|---|
| Invoice Date | 04/29/2016 |
| For Services Through | 04/29/2016 |

| Date | Staff | Description | Rate | Amount |
|---|---|---|---|---|
| 01/11/2016 | HBB | *Loss Mitigation* — Status letter prepared and filed for loss mitigation | 0.40 at $ 375.00/hr | $ 150.00 |
| 01/21/2016 | CO | *Loss Mitigation* — forwarded signed mod docs to attorneys for Caliber | 0.15 at $ 90.00/hr | $ 13.50 |
| 04/07/2016 | CO | *Loss Mitigation* — preparation of 9019 motion | 0.95 at $ 90.00/hr | $ 85.50 |
| 04/08/2016 | HBB | *Loss Mitigation* — Reviewed 9019 and made changes; uploaded 9019 | 0.80 at $ 375.00/hr | $ 300.00 |
| 04/11/2016 | CO | *Loss Mitigation* — served 9019 Motion to Approve on Matrix | 1.00 at $ 90.00/hr | $ 90.00 |

In Reference To: **Loss Mitigation in Bk (Expenses)**

| Date | Staff | Description | | Amount |
|---|---|---|---|---|
| 07/09/2015 | CO | *Certificate of Service-mailing* — Service of Loss Mitigation Request | $5.98 | $ 5.98 |
| 04/11/2016 | HBB | *Certificate of Service-mailing* — Service of 9019 | $45.00 | $ 45.00 |

Total Hours:   9.79 hrs
Total Service: $ 2,100.85
Total Expenses:   $ 50.98
**Total Invoice Amount: $ 2,151.83**
**Previous Balance:   $ 0.00**
**Balance (Amount Due): $ 2,151.83**

HBB-Bruce Bronson, Esq.
CN=Carl Nelson Esq.
AP=Audrey Parma, Esq.
CO=Chanel Orgill, paralegal

Page 2

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:
Gail Mikell
138 Hutchinson Blvd.
Mt. Vernon, NY 10552

| Invoice # | 20120 |
|---|---|
| Invoice Date | 04/29/2016 |
| For Services Through | 04/29/2016 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | | **Loss Mitigation in Bk (Service)** | | |
| 07/09/2015 | CO | Loss Mitigation<br>prepared, served and filed loss mitigation request | 0.40 at $ 90.00/hr | $ 36.00 |
| 07/09/2015 | HBB | Loss Mitigation<br>Reviewed loss mit request | 0.10 at $ 375.00/hr | $ 37.50 |
| 08/25/2015 | CN | Other<br>Review and submit loss mitigation order | 0.20 at $ 275.00/hr | $ 55.00 |
| 10/09/2015 | CO | Loss Mitigation<br>Review of Creditor Loss Mitigation Affidavit; requested paystubs, bank statements, and signed tax returns from Debtor | 0.40 at $ 90.00/hr | $ 36.00 |
| 11/09/2015 | CO | Loss Mitigation<br>preparation of Loss Mitigation application; HBB to review | 1.00 at $ 90.00/hr | $ 90.00 |
| 11/10/2015 | HBB | Loss Mitigation<br>Review of Loan modification application, changes and corrections | 0.60 at $ 375.00/hr | $ 225.00 |
| 11/13/2015 | CO | Loss Mitigation<br>received additional pay stubs from Gail; forwarded to Bank | 0.20 at $ 90.00/hr | $ 18.00 |
| 11/18/2015 | HBB | Loss Mitigation<br>appearance at loss mitigation hearing | 1.00 at $ 375.00/hr | $ 375.00 |
| 12/09/2015 | CO | Loss Mitigation<br>received and reviewed trial loan mod from bank; HBB to review; forwarded to Debtor | 0.35 at $ 90.00/hr | $ 31.50 |
| 12/09/2015 | HBB | Loss Mitigation<br>reviewed Trial Payment Plan; analyzed previous terms as indicated in proof of claim | 0.40 at $ 375.00/hr | $ 150.00 |
| 12/09/2015 | CO | Loss Mitigation<br>Phone call with Debtor regarding $8500 "good faith down payment" indicated on TPP | 0.40 at $ 90.00/hr | $ 36.00 |
| 12/11/2015 | CO | Loss Mitigation<br>Email to Attorneys regarding paying the $8500 good faith down payment in installments | 0.20 at $ 90.00/hr | $ 18.00 |
| 12/11/2015 | HBB | Loss Mitigation<br>review of email to attorney re: good faith down payment (prepared by CO); suggested changes | 0.15 at $ 375.00/hr | $ 56.25 |
| 12/24/2015 | CO | Loss Mitigation<br>email from Gail with updated mod offer she received in the mail (no down payment required); reviewed offer; HBB to review | 0.39 at $ 90.00/hr | $ 35.10 |
| 12/24/2015 | HBB | Loss Mitigation<br>review of updated mod offer- looks good; no down payment; Client to accept | 0.70 at $ 375.00/hr | $ 262.50 |

Page 1

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:
Gail Mikell
138 Hutchinson Blvd.
Mt. Vernon, NY 10552

| Invoice # | 20120 |
|---|---|
| Invoice Date | 04/29/2016 |
| For Services Through | 04/29/2016 |

| Date | Staff | Matter | Description | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2016 | HBB | Loss Mitigation | Status letter prepared and filed for loss mitigation | 0.40 at $ 375.00/hr | $ 150.00 |
| 01/21/2016 | CO | Loss Mitigation | forwarded signed mod docs to attorneys for Caliber | 0.15 at $ 90.00/hr | $ 13.50 |
| 04/07/2016 | CO | Loss Mitigation | preparation of 9019 motion | 0.95 at $ 90.00/hr | $ 85.50 |
| 04/08/2016 | HBB | Loss Mitigation | Reviewed 9019 and made changes; uploaded 9019 | 0.80 at $ 375.00/hr | $ 300.00 |
| 04/11/2016 | CO | Loss Mitigation | served 9019 Motion to Approve on Matrix | 1.00 at $ 90.00/hr | $ 90.00 |

In Reference To: **Loss Mitigation in Bk (Expenses)**

| Date | Staff | Description | Detail | Cost | Amount |
|---|---|---|---|---|---|
| 07/09/2015 | CO | Certificate of Service-mailing | Service of Loss Mitigation Request | $5.98 | $ 5.98 |
| 04/11/2016 | HBB | Certificate of Service-mailing | Service of 9019 | $45.00 | $ 45.00 |

Total Hours:   9.79 hrs
Total Service: $ 2,100.85
Total Expenses:   $ 50.98
**Total Invoice Amount: $ 2,151.83**
**Previous Balance:    $ 0.00**
**Balance (Amount Due): $ 2,151.83**

HBB-Bruce Bronson, Esq.
CN=Carl Nelson Esq.
AP=Audrey Parma, Esq.
CO=Chanel Orgill, paralegal

Page 2