UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    GAIL M. MIKELL
    FKA GAIL M. POWELL,

        Debtor.

Case No. 15-22049-RDD
(Chapter 13)

## CONDITIONAL ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, GM Financial (hereinafter "GM"), having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay herein, or the granting of adequate protection herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated February 5, 2016, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and the parties having consented hereto, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of GM, by its counsel, SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP, it is hereby

ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, GM, for Relief from Automatic Stay with regard to one (1) 2011 GMC Acadia (V.I.N. 1GKKVRED6BJ258695) is granted to the extent hereinafter set forth; and it is further

ORDERED, that the debtor shall cure existing arrears of $560.37, pay reasonable attorney fees/filing fee of $501 and make ongoing regular monthly payments by making payment to GM in the amount of $560.37 on or before April 22, 2016, in the amount of $1,120.74 on or before May 22, 2016 and in the amount of $1,061.37 on or before June 22, 2016, and it is further

ORDERED, that upon debtor's failure to cure arrears as hereinabove set forth then GM shall be entitled to submit a Certificate of Non-Compliance and proposed Order Granting Relief from the Automatic Stay.

ORDERED, that upon debtor's failure to remain current with regular monthly payments, then GM shall be entitled to provide notice of default to debtor and debtor's counsel and allow fifteen (15) days for cure of default and in the event default is not cured then GM shall be further entitled to submit a Certificate of Non-Compliance and proposed Order Granting Relief from the Automatic Stay.

AGREED:

DATED: May 31, 2016
White Plains, NY

*/s/ H. Bruce Bronson*
_____
H. Bruce Bronson, Esq.
Attorney for Debtor

DATED: June 1, 2016
Latham, NY

*/s/ Martin A. Mooney*
_____
Martin A. Mooney, Esq.
Attorney for Creditor

It is SO ORDERED

_/s/Robert D. Drain_____
United States Bankruptcy Judge

Dated: White Plains, New York
June 3, 2016