

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

February 21, 2019

Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, White Plains, NY 10601

Bankruptcy Case No: 15-22049-rdd
Re: Mikell, Gail

Dear Judge Robert D. Drain,

    Secured Creditor respectfully moves for Dennis Jose, Esq., be removed as attorney for Secured Creditor in this matter. Secured Creditor retained Gross Polowy LLC as counsel, at which time Dennis Jose, Esq. was an associate at Gross Polowy LLC. Gross Polowy LLC continues to represent Secured Creditor, however, Dennis Jose is no longer with our firm. Therefore, Secured Creditor respectfully requests that Dennis Jose, Esq. be removed as attorney for Secured Creditor in this case and Courtney Williams, Esq. be substituted as attorney for Secured Creditor in this matter.

    If you have any questions or concerns, please feel free to contact me at 716-204-1700.

    Thank you for your time and consideration in this matter.

Respectfully Submitted,

Courtney Williams, Esq.
**Gross Polowy, LLC**
*Attorneys for Secured Creditor*
1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Tel.: 716-204-1700
Fax: 716-204-1702